# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN ADELE VINSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:19-CV-07125 (VEB)<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Attorneys' Fees:

IT IS ORDERED that the Commissioner shall pay attorneys' fees in the amount of SIX THOUSAND TWO HUNDRED DOLLARS ($6,200.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the Stipulation.

DATED this 29th day of October 2020

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

ORDER – VINSON v SAUL 2:19-CV-07125-VEB